Gong Ming Chen v Phillips (2024 NY Slip Op 50138(U))

[*1]

Gong Ming Chen v Phillips

2024 NY Slip Op 50138(U)

Decided on February 14, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on February 14, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Perez, JJ.

571180/23

Gong Ming Chen, Plaintiff-Appellant,
against
John Phillips and Wei Li, Defendants-Respondents.

Plaintiff appeals from a judgment of the Civil Court of the City of New York, New York County (Emily Morales-Minerva, J.), entered on or about July 13, 2022, after inquest, in favor of defendants dismissing the complaint.

Per Curiam.
Judgment (Emily Morales-Minerva, J.), entered on or about July 13, 2022, reversed, without costs, complaint reinstated and judgment entered in favor of plaintiff in the principal sum of $5,000.
Plaintiff commenced this action to recover the refundable sum of $5,000 that he advanced to defendants in exchange for a financial support affidavit for the benefit of plaintiff's son, who immigrated to the United States. Following an inquest, Civil Court dismissed the complaint on the ground that "plaintiff has not shown, by a preponderance of the evidence, damages in the amount of $5,000."
Upon review of the record, we find that plaintiff met his burden of setting forth a prima facie case as to damages in the sum of $5,000 (see Oparaji v 245-02 Merrick Blvd, LLC, 149 AD3d 1091, 1092 [2017]). Plaintiff's testimony and documentary evidence established that, pursuant to the parties' agreement, he deposited the sum of $5,000 into defendants' Bank of America account ending in 8736.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 14, 2024